UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ODELL JOHNSON,

    Plaintiff,

v.                                                        CASE NO. 2:06-13806
                                                        HON. DENISE PAGE HOOD

WAYNE COUNTY, THE DETROIT POLICE DEPT.,
THOMAS JAMES SHANNON, CHARLES W.
ANDERSON, III, RUDOLPH A. SERRA,
DONNA ROBINSON MILHOUSE, JOHN D. O'HAIR,
DAVID A. GRONER, EARL S. WASHINGTON,
JEFFREY S. LESSON, BASSAM HAKIM,
POLICE OFFICER CLARK, RICHARD SEAGRAM,
MARGARET RYNIER, and HARRISON W. MUNSON,

    Defendants.

_____/

## JUDGMENT

    This matter having come before the Court on a *pro se* prisoner civil rights complaint under 42 U.S.C. § 1983, United States District Judge Denise Page Hood presiding, and pursuant to the order entered on October 30, 2006,

    **IT IS ORDERED** that the complaint is **DISMISSED** under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b).

    Dated at Detroit, Michigan on October 30, 2006

                                                       DAVID J. WEAVER
                                                       CLERK OF THE COURT
                                                       By: s/ Wm. F LEWIS
                                                           Deputy Clerk

APPROVED:
s/ DENISE PAGE HOOD
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE